UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

THE ESTATE OF JAMES WILLIE BASS, $
et. all PLAINTIFFS                $
                                  $
        VS.                       $        CIVIL ACTION NO.
                                  $
THE FEDERAL BUREAU OF PRISONS,    $
et. all DEFENDANTS                $

PLAINTIFFS'
FIRST AMENDED
ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Vivian Adams, both individually and in her capacity as

Temporary Administrator of the Estate of James Willie Bass; G.T.T. a/k/a T. T. ( a

minor), the daughter of James Willie Bass; and Dwayne Dante Bass, the brother of

James Willie Bass, each of whom  individually and all together bring forth this

Complaint, over and against the Federal Bureau of Prisons and the other

individuals and entities that are being brought into this lawsuit, including T.J.

Watson, the Warden at the time of this incident, Hugh J. Hurwitz, the Acting

Director of the Federal Bureau of Prisons at the time of this incident, and William

Barr, the Attorney General of the United States, and in support would show unto

this Court, the following:

1. The Parties are:

A. The Plaintiffs are:

(1) Vivian Bass is a resident of the State of Texas. She is a Complainant in her own individual capacity and as the Administrator of her son's estate.

(2) G.T.T, a/k/a T.T.( a minor) is the minor daughter of James Willie Bass, and his heir.

(3) Dwayne Dante Bass is a Complainant in his own individual basis, and the brother of James Willie Bass.

B.  The Defendants are:

(1) The Federal Bureau of Prisons, and service may be had by mail upon it, at 320 First Street N. W., in Washington, D.C. 20534.

(2) T.J. Watson, the Warden of the Federal Correctional Complex, located in Beaumont, Texas, and service may be had upon him at P.O. Box 26035, in Beaumont, Texas 77720. Further service is requested to be had upon the Legal Department at the Federal Correctional, Complex in Beaumont, through the U.S. Postal Service at P.O. Box 26035, Beaumont, Texas 77720; and the Claims Department for the Federal Correctional Complex in Beaumont, Texas, by service through the United States Mail, at P.O. Box 26035, Beaumont, Texas 77720.

(3) Hon. William Barr, the United States Attorney General of the United States, and service may be had upon him through the U.S. Mail, at 950 Pennsylvania Ave, N.W., Washington D.C. 20530.

(4) While not a named Defendant, service of process is requested to be issued for and had upon Joseph D. Brown, U.S. Attorney for the Eastern District of Texas 77701-2237.

2. The authority for this Complaint can be found in and is based upon the United States Constitution, including the Fourth, Fifth, Eighth and Fourteenth Amendments thereof,, the "Civil Rights Act of 1964, the Americans with Disabilities Act, the Rehabilitation Act and the statutory acts founded thereon and arising out of such.

3.  This cause of action is based upon:

(a)The authority for this cause of action, on a constitutional basis, is founded upon and based upon the Constitution of the State of Texas; the Constitution of the United States, the Fourth, Fifth, Eight, and Fourteenth Amendments to the United States Constitution; and/or in the alternative

(b)The authority for this cause of action is founded and based upon the common law of the State of Texas, and the common law of the United States, and/or in the alternative

(c)This cause of action is founded and based upon the reckless acts of the United States Government, through the employees of the United States of America, and the employees of the Federal Bureau of Prisons, and any and all contract employees of the United States Government, and the United States of America; and acts that were undertaken with conscious indifference and/or deliberate indifference by those same individuals towards James Willie Bass, aka James Willie Bass, Jr., the decedent.

4. On or about October 9, 2016, James Willie Bass, the decedent, hereinafter denoted as the Decedent Bass, was the subject of a "term of imprisonment," with the Federal Bureau of Prisons as a result of a judgment of incarceration by a United States District Court.

5. On or around the first of March, 2018, James Willie Bass, aka James Willie Bass, Jr., the decedent, began experiencing health issues while incarcerated at the Federal Bureau of Prisons Beaumont, Texas location, with his assigned number being 1996043.

6. Over the course of several days his conditioned deteriorated and eventually he died on March 10, 2018.

7. The damages sought are high. The Claimants recognize that the life of an individual cannot be measured in money alone; but the purpose of the letter

of "Notice " was to give notice of a potential claim and a "Notice" setting out the amount to be sought. With that in mind, the Claimants and potential plaintiffs give notice of their intent to seek Two Hundred Fifty Thousand ($250,000.00) dollars                     3

8.  Between the time he fell ill and the date of his demise or some ten (10) days, the Decedent made numerous attempts to secure treatment and those attempts ended in failure due to the inattention to his medical needs by the Prison staff. Whether it was due to a lack of attention or negligence or a breakdown in the necessary quality of care for such medical problems, is not of direct impact, it was clearly a violation of the Decedent's Constitutional rights and it not only impacted on his quality of life, it caused to come about his demise.

9. The Mother of the Decedent Bass, Vivian Adams, suffered from an intense period of mental anguish, heartbreak, and incomprehensible distress when she learned that her son had passed away in the Prison and further learned the manner of his death.  She further, as the Representative of the Estate seeks a recovery for his Estate.

10. The Claimant Dwayne Dante Bass has suffered significant emotional and mental trauma upon learning of his brother's death and how it came about.

11.  G.T.T a/k/a T.T. (a minor) is a minor and the daughter of James Willie Bass. She has suffered mental anguish and extreme mental distress over this fact. She will be deprived of her relationship with her Father, and all that that means. She will have to endure the after affects of his death and the manner of his death, the remainder of her life, and will be deprived of his companionship, his guidance and his love and affection, as well as any financial assistance and support.

12.  The Decedent James Willie Bass, because of the manner of his death, suffered a period of time where he became aware of the possibility of his impending death, the failure of medical care and assistance, the extreme degree of frustration and mental anguish over the failure of the authorities to address his medical care and thus his Estate has a cause of action due to the mental anguish he suffered prior to his death.

13.  Under the authority of the Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution, all of the above named Plaintiffs possess a cause of action arising out of the death of the Decedent Bass, those being his daughter, Mother, brother and the Estate of James Willie Bass.

14. The damages sought for the violations of the Fourth, Fifth, Eighth and Fourteenth Amendments and Article 1983 of the United States Code are significant. The death of an individual is not easily measured. A death that could

have been avoided and prevented, is both tragic and more easily measured, since the quantification of such by a monetary figure, has, at the minimum, a deterrent effect.

For the damages arising out of the conduct and behavior of the employees and contract workers of the Federal Bureau of Prisons, the Complainants seek $250,000.00.

15. The Complainants seek an award of attorney fees.

16. The Complainants seek an award for their cost of court and expenses of the suit.

17. The Complainants seek an award for both pre and post judgment interest.

PRAYER

WHEREFORE PREMISES CONSIDERED, the Plaintiffs pray that this Court, having considered the facts as alleged, the authorities cited, the arguments made, both in law and in equity, award a judgment over and against the Federal Bureau of Prisons and the other Defendants "set out" above, for damages in a sum of $250,000 or more, attorney fees, costs of  court and expenses of suit , both pre-

and post- judgment interest, and for such other and further relief as the Court

believes is just and right.

Respectfully submitted,


Peter F. Doyle Jr.
2901 Turtle Creek Drive
Suite 105
Port Arthur, Texas 77642
(409)727-7141
Email:pfdoylejratty@gmail.com
SB No:06096050
Attorney for the Plaintiffs